■ In the Matter of JUAN RAMIREZ, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [749 NYS2d 757] —CPLR article 78 proceeding transferred to this Court by an order of Supreme Court, Wyoming County (Dadd, J.), entered April 23, 2002, seeking review of a determination after a tier III hearing.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe,* 234 AD2d 996). Present—Green, J.P., Hayes, Hurlbutt, Burns and Gorski, JJ.